# United States District Court

**EASTERN** DISTRICT OF **TENNESSE**

| | |
|---|---|
| CLIFFORD W. KING | JUDGMENT IN A CIVIL CASE |
| V. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | CASE NUMBER: 3:06-cv-423 |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED remanding this case to the Commissioner of Social Security under Sentence Four of 42 U.S.C. § 405(g) for further proceedings.

| | |
|---|---|
| April 25, 2007 | Patricia L. McNutt, Clerk |
| Date | |
| | By   s/ A. Brush |
| | Deputy Clerk |